STATE OF NEW JERSEY IN THE INTEREST OF A.H.

October 25, 1982.

Petition for certification denied.

MADELINE CHILDS v. BOARD OF EDUCATION OF THE TOWNSHIP OF UNION, UNION COUNTY.

October 25, 1982.

Petition for certification denied.

PLAINFIELD ASSOCIATION OF SCHOOL ADMINISTRATORS v. BOARD OF EDUCATION OF THE CITY OF PLAINFIELD.

October 25, 1982.

Petition for certification denied.

PATRICIA D. MCMANUS v. STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS.

October 25, 1982.

Petition for certification denied.